FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 28  PM 2:28

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GERALD LERNER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NOS. CV411-321 |
| | )            CR410-048 |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and the Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds no issues in this case that merit the issuance of a Certificate of Appealability. As a result, any request for

leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this 28th day of September 2012.

*[signature]*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2